```
                                                        FILED
                                                       NOV 2 3 2005
1  KEVIN V. RYAN, CSBN 118321
   United States Attorney                              RICHARD W. WIEKING
2  JOANN M. SWANSON, CSBN 88143                     CLERK, U.S. DISTRICT COURT
   Assistant United States Attorney               NORTHERN DISTRICT OF CALIFORNIA
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JINING YANG,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT DEVINE, Acting Deputy Director of U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Director, California Service Center, U.S. Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Citizenship and Immigration Services, San Francisco District Office,<br><br>　　　Defendants. | No. C-05-4405 MHP<br><br>STIPULATION TO DISMISS WITHOUT PREJUDICE; AND [PROPOSED] ORDER |

　　Plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice in light of the fact that the N-400 application filed by plaintiff has been adjudicated.

　　Each of the parties shall bear their own costs and fees.

///

STIP. TO DISMISS
C 05-4405 MHP

| | | |
|---|---|---|
| 1 | Date: November 18, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

Date: November 18, 2005

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 18, 2005

/s/
BRUCE C. WONG
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/22/05

MARILYN HALL PATEL
United States District Judge